_____

No. 96-2424
_____

Calvin J. Weber,                        *
                                        *
        Appellant,                      *
                                        *
    v.                                  *   Appeal from the United States
                                        *   District Court for the
United States Department of             *   Eastern District of Missouri.
the Army; General Services              *
Administration,                         *          [UNPUBLISHED]
                                        *
        Appellees.                      *


_____

            Submitted:  October 2, 1996

              Filed:  October 10, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


    Calvin J. Weber, a former civilian Army engineer, appeals from the
district court's[1] grant of summary judgment to defendants in his Federal
Tort Claims Act (FTCA) suit.  We have reviewed the record, and conclude
judgment for defendants was proper.  Accordingly, we affirm pursuant to 8th
Cir. R. 47B.

_____

[1]The Honorable Catherine D. Perry, United States District
Judge for the Eastern District of Missouri.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.